[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 98.]

[THE STATE EX REL.] HOWARD, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Howard v. Indus. Comm.*, 1998-Ohio-167.]

*Workers' compensation—Judgment reversed on authority of State ex rel. Tapp v. Parsec, Inc.*

(No. 96-463—Submitted August 19, 1998—Decided September 9, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD03-329.

_____

*White, Getgey & Meyer Co., L.P.A.*, and *Barbara F. Florez*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Steven P. Fixler*, Assistant Attorney General, for appellants.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State ex rel. Tapp v. Parsec, Inc.* (1998), 82 Ohio St.3d 417, 696 N.E.2d 591, and the cause is remanded to the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____